**Thomas Lether, OSB #101708**
**Eric J. Neal, OSB #110268**
Lether Law Group
1848 Westlake Ave N Ste. 100
Seattle, WA 98109
T: (206)467-5444
F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for Plaintiff Artisan and*
*Truckers Casualty Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| ARTISAN AND TRUCKERS CASUALTY COMPANY, a foreign insurer, <br><br> Plaintiff, <br><br> v. <br><br> FINISHLINE TRUCKING, LLC, an Oregon limited liability company; and PHILLIP BENNETT, an individual person; <br><br> Defendants. | Case No. 3:20-cv-01762-YY <br><br> **MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT FINISHLINE TRUCKING, LLC** |

Artisan and Truckers Casualty Company ("Artisan") submits the following Motion for

Entry of Default against non-appearing Defendant Finishline Trucking, LLC.

## I.    RELIEF REQUESTED

Plaintiff seeks an entry of default order as set forth below against the non-appearing

Defendant Finishline Trucking, LLC.

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT FINISHLINE TRUCKING, LLC- 1

## II.    STATEMENT OF FACTS

Plaintiff filed this action on October 13, 2020.  Dkt. 1.  Pursuant to the Court's January 6, 2021 Order (Dkt. 10), the deadline to serve Defendants was extended for an additional 30 days and Plaintiff was granted leave to serve Defendant Finishline Trucking, LLC by mail.  Pursuant to the Court's January 6, 2021 Order, Finishline Trucking, LLC was mailed a copy of the Summons and Complaint via Certified Mail on January 12, 2021.  Dkt. 12.  On January 20, 2021, additional follow-up mailings of copies of the Summons and Complaint were mailed to Finishline Trucking, LLC via first class mail.  Dkt. 20.

In addition, as Defendant Finishline Trucking, LLC is organized in Oregon, Plaintiff also served a copy of the Summons and Complaint on Finshline Trucking, LLC in the manner allowed under ORS 60.121(2) and (3).  Dkt. 12.  Plaintiff mailed copies of the Summons and Complaint to the Oregon Secretary of State via certified mail on January 9, 2021.  Dkt. 12. Plaintiff also included with the Summons and Complaint a copy of the declaration of Maxwell Millar detailing Plaintiff's prior efforts to serve Finishline Trucking, LLC.  Dkt. 12.  Plaintiff received the Certified Mail Receipt on January 14, 2021 from the State of Oregon Department of Administrative Services regarding the foregoing mailing.  Dkt. 12.

On January 21, 2021, Cole Griffiths contacted the office of Plaintiff's counsel confirming receipt of the Summons and Complaint.  Dkt. 12.  Mr. Griffiths is the registered agent and manager for Finishline Trucking, LLC.  Dkt. 12.  On January 27, 2021, Plaintiff filed its proof of service as required by the Court's January 6, 2021 Order—which included the return receipt of mailing as required under ORS 60.121(3)(c).  Dkt. 12.

Defendant Finishline Trucking, LLC has not appeared or defended.  It has been more than 21 days since the date of mailing service.  Dkt. 12.  It has been more than 21 days since Finishline

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT FINISHLINE TRUCKING, LLC- 2

Trucking, LLC was served through the Oregon Secretary of State pursuant to ORS 60.121.  Dkt. 12.

## III.    ARGUMENT AND AUTHORITY

The Federal Rules of Civil Procedure require that default be entered against any party who fails to appear and defend a lawsuit after proper service.

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. (Fed. R. Civ. Pro. 55(a)).

Fed R. Civ. Pro. 12(a)(1)(A) states, "a defendant must serve an answer: (i) within 21 days after being served with the summons and complaint…"

Here, the Complaint was filed on October 13, 2020.  **Dkt. 1.**  On January 6, 2021, the deadline to serve Defendants was extended an additional 30 days and Plaintiff was allowed to serve Finishline Trucking, LLC by mail.  **Dkt. 6.** On January 12, 2021, service by mail was effectuated on Defendant Finishline Trucking, LLC.  **Dkt. 7.**  On January 9, 2021 Defendant Finishline was also served via the Oregon Secretary of State pursuant to ORS 60.121.

ORS 60.121 allows service on an Oregon corporation when a corporation's registered agent "cannot with reasonable diligence be found at the registered office."  ORS 60.121(2).  As evidenced Plaintiff's Motion to Extend Service Deadline (Dkt. 6, and 8), Plaintiff made multiple efforts to personally serve Defendant Finishline Trucking, LLC.  In accordance with ORS 60.121(3), Plaintiff sent a copy of the Summons and Complaint along with the Declaration of Maxwell Millar (Dkt. 8) to the Oregon Secretary of State via certified mail on January 9, 2021.  Dkt. 12.  The Oregon Department of Administrative Services confirmed receipt of these documents via certified mail receipt which was received by counsel for Plaintiff on January 14, 2021.  Dkt. 12.  On January 27, 2021, Plaintiff filed its proof of service as required by the Court's January 6,

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT FINISHLINE TRUCKING, LLC- 3

2021 Order—which included the return receipt of mailing as required under ORS 60.121(3)(c).

Dkt. 12.

Finishline Trucking, LLC has not appeared or defended.  Accordingly, an entry of default is warranted.

## IV.    CONCLUSION

Based on the foregoing, Artisan asks that the Court enter an order of default against Defendants for failure to appear and defend in this action.

DATED this 12th day of February, 2021.

**LETHER LAW GROUP**

*/s/ Thomas Lether*
Thomas Lether, OSB #101708
*/s/ Eric J. Neal*
Eric J. Neal, OSB # 110268
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
tlether@letherlaw.com
*Attorneys for Plaintiff Artisan and Truckers Casualty Company*

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT FINISHLINE TRUCKING, LLC- 4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of

Washington that on this date I caused to be served in the manner noted a true and correct copy

ofthe foregoing on the following party(ies):

Michael FitzSimons
205 3rd Street
Hood River, OR 97031
mike@hoodriverlaw.com

**By:        [  ] First Class Mail           [X] E-Service/Email      [  ] Legal Messenger**

Finishline Trucking, LLC
PO Box 453
Hood River, OR 97031

**By:        [X] First Class Mail           [  ] E-Service/Email   [  ] Legal Messenger**

DATED this 12th day of February 2021 at Seattle, Washington.

*/s/ Kimberly Rice*
Kimberly Rice | Paralegal

MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT FINISHLINE TRUCKING, LLC- 5

LETHER LAW GROUP.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544