# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ARTISAN AND TRUCKER CASUALTY COMPANY**, *a foreign insurer*<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**FINISHLINE TRUCKING, LLC** and **PHILLIP BENNETT**,<br><br>　　　　Defendants. | Case No. 3:20-cv-01762-IM<br><br>**JUDGMENT** |

　　　　Based on the Court's Opinion and Order, ECF 37, **IT IS ADJUDGED** that Plaintiff Artisan and Trucker Casualty Company's ("Artisan") Motion for Default Judgment, ECF 28, is GRANTED.

　　　　With regard underlying lawsuit brought by Defendant Bennett, Defendant Finishline Trucking, LLC ("Finishline") is not entitled to any coverage under the terms and conditions of the commercial automobile policy issued to Finishline by Artisan.

　　　　DATED this 11th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　　Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge